UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| MICHAEL S. HAMMERLY, | : | CASE NO. 5:23-cv-01211 |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Docs. 1, 11] |
| vs. | : |  |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Michael Hammerly seeks judicial review of the Social Security Commissioner's final decision denying his application for Supplemental Security Income.[1]

On May 28, 2024, Magistrate Judge Knapp issued a Report and Recommendation ("R&R") recommending that the Court vacate and remand the Commissioner's final decision.[2] The Commissioner's objections were due on June 11, 2024.[3] The Commissioner did not file objections.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5] The Commissioner did not object to the R&R, so this Court may adopt Magistrate Judge Knapp's R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 8, 9. Plaintiff filed a reply. Doc. 10.
[2] Doc. 11.
[3] Parties have fourteen days to file objections to a Magistrate Judge's R&R. LR 72.3(b).
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:23-cv-01211
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R, **VACATES** the Commissioner's final decision, and **REMANDS** this case for further proceedings consistent with this Order and Magistrate Judge Knapp's R&R.

IT IS SO ORDERED.

Dated:  June 18, 2024            *s/     James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE